# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY EVAN SIGAL,
              Appellant,
        vs.
THE STATE OF NEVADA,
              Respondent.

No. 70016

FILED

APR 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying an amended motion for transcripts at State's expense. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Eric Johnson, District Judge
       Jeremy Evan Sigal
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

16-13283